IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00379-GPG-TPO

LUIZ RUIZ-ARCE,

    Plaintiff,

v.

WEST AMERICAN INS. CO.,

    Defendant.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on December 19, 2024.**

For good cause shown and noting that it is unopposed, Plaintiff's Unopposed Motion to Amend Scheduling Order [ECF 36] is **granted**. The Court **modifies** Section 9 of the Scheduling Order at ECF 29 as follows:

| | |
|---|---|
| Affirmative Expert Disclosures | January 30, 2025 |
| Rebuttal Expert Disclosures | March 7, 2025 |